# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Standorf,<br><br>        Plaintiff,<br><br>v.<br><br>Christie's Cabaret, et al.,<br><br>        Defendants. | NO. CV-19-04700-PHX-JJT<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 2, 2025, judgment is entered in favor of Plaintiff and against Defendants jointly and severally in the amount of $115,650.00.

                                                       Debra D. Lucas
                                                       District Court Executive/Clerk of Court

June 2, 2025

                                                       s/ K. Gray
                                        By   Deputy Clerk