| | |
|---|---|
| 1 | Stephen M. Dichter, 004043 |
| 2 | sdichter@cdslawfirm.com |
|   | Nathan R. Andrews, 033293 |
| 3 | nandrews@cdslawfirm.com |
|   | CHRISTIAN DICHTER & SLUGA, P.C. |
| 4 | 2800 North Central Avenue, Suite 860 |
|   | Phoenix, Arizona 85004 |
| 5 | Telephone: (602) 792-1700 |
|   | Facsimile: (602) 792-1710 |
| 6 | |
| 7 | Attorneys for Defendants |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Kelly Standorf, a single woman, | Case No. CV19-04700-PHX-JJT |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Christie's Cabaret, et al., | |
| Defendants. | |

Defendants Christie's Cabaret and Steve Cooper hereby notifies this Court that all Parties have reached a settlement in this matter subject only to the preparation of final documents.

It is jointly requested that the case be scheduled for dismissal in 60 days, prior to which the Parties anticipate filing a stipulation for dismissal with prejudice, each side to bear its own fees and costs.

Plaintiff's counsel has been consulted and agrees to the filing of this Notice. A suitable Notice will also be filed in the Appeal and Cross-Appeal at the 9th Circuit.

RESPECTFULLY SUBMITTED this 14th day of July, 2025.

CHRISTIAN DICHTER & SLUGA, P.C.


By: /s/ Stephen M. Dichter
  Stephen M. Dichter
  Nathan R. Andrews
  2800 North Central Avenue, Suite 860
  Phoenix, Arizona 85004
  Attorneys for Defendants

## CERTIFCATE OF SERVICE

I hereby certify that on July 14, 2025, a copy of the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

Troy P. Foster
tfoster@thefosterlaw.com
Haley Carr
hcarr@thefosterlaw.com
The Foster Group, PLLC
902 W. McDowell Rd.
Phoenix, Arizona 85007
Attorneys for Plaintiff


/s/ Yvonne Canez