IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Standorf,<br><br>              Plaintiff,<br><br>v.<br><br>Christie's Cabaret, *et al.*,<br><br>              Defendants. | No. CV-19-04700-PHX-JJT<br><br>**ORDER** |

A Notice of Settlement (Doc. 292) having been filed,

**IT IS HEREBY ORDERED** that this matter will be dismissed with prejudice 60 days after the docketing of this Order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord that has extinguished the underlying claim. All pending motions (Doc. 277) are deemed moot.

Dated this 14th day of July, 2025.

Honorable John J. Tuchi
United States District Judge